```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

MAXIT DESIGNS, INC., a
California corporation,
                                        CASE NO. CIV. S-05-01040 WBS/DAD
          Plaintiff,

     v.

COVILLE, INC., a North
Carolina corporation,

          Defendant.
_____/
                                                ORDER
COLVILLE, INC., a North
Carolina corporation,

          Plaintiff,

     v.
                                        CASE NO. MC. S-06-00057
                                                 FCD-KJM

MAXIT DESIGNS, INC.,

          Defendant.
_____/
```

        The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on August 8, 2006.  <u>See</u> Local Rule 83-123.  The court has, however, determined

that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

        IT IS SO ORDERED.

DATED: August 9, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE