James Filiault, SBN#184291
jfiliault@k-hlaw.com
Kivel & Howard LLP
111 SW Fifth Ave., Suite 1775
Portland, OR 97204
Tel: 503.796.0909
Fax: 503.914.0374

Attorneys for Plaintiff Coville, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COVILLE, INC.**, a North Carolina corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>**MAXIT DESIGNS, INC.**, a California corporation,<br><br>                    Defendant. | CIVIL NO. 2:06-MC-00057-FCD-KJM<br><br>**ORDER GRANTING STIPULATED MOTION TO DISCHARGE RECEIVER** |

The stipulated motion of plaintiff Coville, Inc. and defendant Maxit Designs, Inc. for discharge of the receiver appointed in this action was submitted to the Court on September 20, 2006. The Court having reviewed the stipulated motion, being advised that the judgment at issue in this matter has been satisfied, and being fully apprised of the issues,

IT IS HEREBY ORDERED THAT:

1.      The motion be and is granted.

2.      Beverly N. McFarland is discharged of her duties as receiver in this case, and the receivership is discontinued.

DATED this 25th day of September, 2006.

                                        /s/ Frank C. Damrell Jr.
                                        United States District Judge

PAGE 1- **ORDER DISCHARGING RECIEVER**