1  James Filiault, SBN#184291
   jfiliault@k-hlaw.com
2  Kivel & Howard LLP
   111 SW Fifth Ave., Suite 1775
3  Portland, OR 97204
   Tel: 503.796.0909
4  Fax: 503.914.0374

5
   Attorneys for Plaintiff Coville, Inc.
6

7

8
                           **UNITED STATES DISTRICT COURT**
9
                           **EASTERN DISTRICT OF CALIFORNIA**
10

11

12
   **COVILLE, INC**., a North Carolina corporation,     CIVIL NO. 2:06-MC-00057-FCD-KJM
13
                          Plaintiff,
14
                                                        **ORDER GRANTING STIPULATED**
15                      v.                              **MOTION FOR SUPPLEMENTAL**
                                                        **ORDER DISCHARGING RECEIVER**
16 **MAXIT DESIGNS, INC**., a California corporation,

17                        Defendant.

18
         The stipulated motion of plaintiff Coville, Inc. and defendant Maxit Designs, Inc. for a
19
   supplemental order discharging the receiver appointed in this action was submitted to the Court
20
   on December 20, 2006.  The Court having reviewed the stipulated motion, being advised that the
21
   judgment at issue in this matter has been satisfied, and that that Receiver has been discharged by
22
   prior order of this Court, and being fully apprised of the issues,
23
         IT IS HEREBY ORDERED THAT:
24
         1.     The motion be and is granted.
25

26

   PAGE 1- **SUPPLEMENTAL ORDER DISCHARGING RECEIVER**

2.      The requirement within the Order of Appointment for the Receiver to file a Final Account and Report is hereby WAIVED as no acquisition of records, possession of assets or distribution of funds occurred within the receivership period;

3.      Fees and expenses of the Receiver the total amount of $2,880.32 are APPROVED as fair and reasonable and are to be paid by Plaintiff within 10 days of receipt of this Order, and the Court shall retain jurisdiction over this case until payment is received;

4.      All acts, transactions and actions of the Receiver and its assistants, during administration of the Receivership Estate as disclosed in the Declaration of Beverly N. McFarland and attached fee bill, are RATIFIED, CONFIRMED, and APPROVED as being right and proper and in the best interest of the Receivership Estate and the parties to this action;

5.      Receiver is not required to file any State or Federal Tax forms.

6.      The Receivership is TERMINATED;

7.      The Receiver is DISCHARGED from all further duties, liabilities, and responsibilities as Receiver herein;

8.      The bond posted herein by, or on behalf of, the Receiver is hereby EXONERATED.

Dated: December 21, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE